AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 14 2021

Nathan Ochsner, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Lauro GONZALEZ Jr., YOB: 1997 (USA)<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-21-2172-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/13/2021__ in the county of __Hidalgo__ in the
__Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute Methamphetamine, approximately 252 grams, a schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment 1

☒ Continued on the attached sheet.

/s/ Joaquin D. Mendoza
*Complainant's signature*

Complaint authorized by AUSA P. Warner

Joaquin D. Mendoza, DEA Task Force Officer
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 41.1, and probable cause found on

Date: __10/14/2021__  **1:43 PM**

*Judge's signature*

City and state: __McAllen, Texas__

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

Attachment 1

1. On October 13, 2021, Officers of the Edinburg Police Department received a call for service regarding a hit and run accident, at the 1300 Block of East Iowa St. Edinburg, Hidalgo County, Texas, involving a blue BMW passenger car (TX-NSL7506), that had crashed into another vehicle and left the scene.
2. An off-duty Texas Department of Public Safety (DPS) Trooper witnessed the accident and observed that the driver, and sole occupant of the BMW, exited the BMW and commenced to flee on foot. The DPS Trooper gave chase and observed that the Hispanic male, dropped a plastic bag that contained a substance that appeared to be marijuana as he fled on foot.
3. The driver of the BMW was detained by the off-duty DPS after a short chase. The driver of the BMW was identified as Lauro GONZALEZ Jr. (hereafter GONZALEZ).
4. A search of GONZALEZ's BMW revealed two plastic bags containing a total of 252.92 grams of methamphetamine, a plastic baggie with a small quantity of a white powdery substance GONZALEZ identified as fentanyl, one plastic bag containing marijuana, which in conjunction with the bag of marijuana GONZALEZ dropped as he ran away, had a total weight of 3.8 ounces, two plastic bags containing a total of 433.75 grams of psilocybin mushrooms. The drugs were located on the front passenger seat of the vehicle.
5. The narcotics found as a result of GONZALEZ's arrest were tested in their respective narcotics reagent test kits (for the suspected controlled substances) and revealed positive results for the above listed substances, with the exception of the suspected fentanyl, which has not been tested due to safety considerations.
6. In addition to the narcotics, officers located a loaded black Canic TP9 Elite-Combat 9 millimeter semiautomatic pistol, a blue digital weight scale and a bag with an undetermined amount US currency of different denominations also in the front passenger seat area of the vehicle.
7. A post Miranda interview was conducted with GONZALEZ at the Edinburg Police Department, in which GONZALEZ claimed ownership and responsibility of the narcotics found in his vehicle, and admitted to selling narcotics, and having access to kilogram quantities of methamphetamine.
8. GONZALEZ also stated that the he had purchased the handgun found in his vehicle recently, and stated he always carry a handgun with him for protection. GONZALEZ went on to state that if he was to be chased by police and it appeared as though he could not get away from the officers, he would probably shoot at the officers in an attempt to get away.